```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                       :
MARGARITA LOZADA,                                      :
                                                       :
                   Plaintiff,                          :    04 Civ. 7958 (GEL)
                                                       :
          -against-                                    :    **JUDGMENT ENTERED
                                                       :    UNDER RULE 68**
MERRILL LYNCH,                                         :
                                                       :    # _____
                   Defendant.                          :
------------------------------------------------------X

On April 5, 2005, plaintiff Margarita Lozada filed with the Court defendant's

Offer of Judgment under Rule 68 of the Federal Rules of Civil Procedure, Plaintiff's Notice of

Acceptance of Offer of Judgment, and Proof of Service thereof. Therefore, under Rule 68 of the

Federal Rules of Civil Procedure:

**IT IS ADJUDGED**, that:

1.    Plaintiff Margarita Lozada have judgment against Merrill Lynch, Pierce,

Fenner & Smith Inc. ("Merrill Lynch") in the total amount of $22,000.00, inclusive of plaintiff's

attorneys' fees and costs.

2.    Neither the Offer of Judgment nor this Judgment is or may be construed as

either an admission of liability on the part of defendant Merrill Lynch or that plaintiff has

suffered any damages.

Dated:  April 25, 2005

_____
U S D J

NY408787.1

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____